IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PAUL STEPHENS,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF MARIN, CHARLES PRANDI and MICHAEL SMITH,<br><br>   Defendants.<br>_____ | No. C 06-5937 JSW (PR)<br><br>**ORDER OF DISMISSAL** |

On September 26, 2006, Plaintiff filed this civil rights complaint regarding his medical care at the county jail. Thereafter, on February 20, 2007, this Court dismissed the complaint in this civil rights case but granted Plaintiff thirty days to amend the complaint to state a cognizable claim. The court notified Plaintiff that failure to amend by the designated time would result in a dismissal of the case. Plaintiff has not filed any amendment. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: April 10, 2007

JEFFREY S. WHITE
United States District Judge