IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PAUL STEPHENS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, CHARLES PRANDI and MICHAEL SMITH,<br><br>    Defendants. | No. C 06-5937 JSW (PR)<br><br>**ORDER REGARDING PLAINTIFF'S FILINGS** |

On April 10, 2007, this case was DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). Since that time, Plaintiff has filed multiple letters with the Court requesting the filing fee to be returned and making statements regarding his claim, and his desire to pursue or reinstate his claim, none of which constitute a basis for reconsideration of the Court's order of dismissal. This matter is closed and the Court cannot return the filing fee based on the subsequent dismissal of the action.

IT IS SO ORDERED.

DATED: October 30, 2009

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEAN PAUL STEPHENS,

      Plaintiff,

  v.

MARIN COUNTY OF et al,

      Defendant.

Case Number: CV06-05937 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean Paul Stephens
1318 4th St.
San Rafael, CA 94901

Dated: October 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk